**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTIONS

Appellate case name:        In the Interest of K. L. W., A Child

Appellate case number:     01-18-00485-CV

Trial court case number:    2017-02559J

Trial court:                        314th District Court of Harris County

This Court's October 11, 2018 Order on Motion had granted the pro se appellant R.D.W.'s motion for access to the appellate records and for an extension of time to file a pro se *Anders* response within 20 days of the date of that order, or by October 31, 2018. On October 22, 2018, appellant B.B.C. and R.D.W. filed a second pro se motion for an extension of time to file R.D.W.'s initial pro se response to his *Anders* brief and B.B.C.'s final response to her *Anders* brief. Appellants' motion does not specify the length of their extension, but it also states that, while the trial clerk mailed records to R.D.W., they are missing some hearing records and some of the clerk's records.[1] On November 2, 2018, appellants filed a motion to compel the trial clerk to comply with this Court's October 11, 2018 Order, and on November 5, 2018, they filed a "Partial Response to *Anders* and Motion for Order for 4th Amendment/Initial Hearing."

The Court **grants** appellants' second motion for an extension of time to file a pro se response to the *Anders* briefs. Appellant B.B.C.'s and R.D.W.'s final pro se responses to their counsel's *Anders* briefs shall be filed **by November 14, 2018, but appellants are warned that no further extensions will be granted** because this is a termination appeal with a December 5, 2018 compliance response deadline. If appellants request additional records, the proper procedure to supplement the records is by a written request to the district clerk for the clerk's record and to the court reporter for the reporter's record. *See* TEX. R.

---

[1]     On October 26, 2018, appellants filed a motion to transfer, which is being forwarded to the Texas Supreme Court. On November 6, 2018, the en banc Court denied appellants' motion to recuse Justice Higley.

APP. P. 34.5(c)(1), 34.6(d). Appellants' motions to compel and for order for 4th Amendment/Initial Hearing are **denied.**

Finally, the Clerk of this Court is directed to mark all other pending pro se motions, including the motions for rehearing and rehearing en banc, as **carried with the case** to be decided by the panel with the merits of the appeal.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____

            ☒ Acting individually   ☐ Acting for the Court

Date: __November 9, 2018____